AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Estate of Louis Stanley Leysath, III; Morgan Leysath; Louis Leysath, Jr.; Cheryl Laysath

*Plaintiff(s)*

v.

Marcel Jaff; Betty Knox; Gerald Coleman; Foluso Fekoya; Boehnflahn Herring; Gena Addison; James Harris; Odette Henry-McCarthy; Lynda Bonieki; Syed Rizvi; Jacqueline Moore; Stephen T. Moyer; State of MD

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Maryland
Serve;
Nancy K. Kopp, Maryland State Treasurer
80 Calvert Street, Room 400
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William F. Renahan, Esquire
Kimberly Fullerton, Esquire
9375 Chesapeake St
Suite 225
La Plata, MD 20646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*